**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-175-RJC-DCK**

| | | |
|---|---|---|
| **APEX BRANDS, INC., and APEX TOOL GROUP, LLC,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **JOBBOX CO.,** | ) ) | |
| **Defendant**. | ) ) ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Emily M. Haas, concerning Crystal T. Broughan, on May 21, 2021.  Crystal T. Broughan seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**.  Crystal T. Broughan is hereby admitted *pro hac vice* to represent Defendant.

Signed: May 21, 2021

David C. Keesler
United States Magistrate Judge