IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-175-RJC-DCK

| | |
|---|---|
| APEX BRANDS, INC., and APEX TOOL GROUP, LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| JOBBOX CO., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) filed by Emily M. Haas, concerning Logan K. McEwen, on June 11, 2021. Logan K. McEwen seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) is **GRANTED**. Logan K. McEwen is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: June 11, 2021

David C. Keesler
United States Magistrate Judge